**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Monique Jenkins, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-000291

───────────────

Appeal From Dorchester County
Nancy C. McLin, Family Court Judge

───────────────

Unpublished Opinion No. 2019-UP-051
Submitted January 4, 2019 – Filed January 31, 2019

───────────────

**AFFIRMED**

───────────────

Marissa K. Jacobson, of Charleston, for Appellant.

Deanne M. Gray, of the South Carolina Department of Social Services, of Summerville, for Respondent.

Mary Lee Briggs, of Briggs & Inglese, LLC, of Charleston, for the Guardian ad Litem.

───────────────

**PER CURIAM:**  Monique Jenkins appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Jenkin's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.